UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PAMELA SMART,

                        Plaintiff,

-against-                                 19 **CIVIL** 7908 (CS)

## JUDGMENT

ANTHONY ANNUCCI, COMMISSIONER OF
DOCCS; JOSEPH JOSEPH, SUPERINTENDENT OF
BHCF; DONALD VENETTOZZI, DOCCS'
DIRECTOR OF INMATE DISCIPLINARY AND
SPECIAL HOUSING; ERIC GUTWEIN, DOCCS'
COMMISSIONER'S HEARING OFFICER;
SERGEANT CORBIE, BHCP 10507 SERGEANT,
INDIVIDUALLY AND IN THEIR OFFICIAL
CAPACITIES,

                        Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 26, 2021, Defendants' motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York

        January 26, 2021

                                                          RUBY J. KRAJICK

                                                          Clerk of Court

                                 BY:
                                                          **Deputy Clerk**